## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. BANK TRUST, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:16-cv-395-NT |
| | ) | |
| KATHERINE B. GROVER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 2nd day of August, 2016.