U. S. DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION
DOCKET NO. 2:16-cv-00395-NT

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>Plaintiff<br><br>vs.<br><br>KATHERINE B. GROVER<br><br>Defendant<br><br>Maine Revenue Services; and Finance Authority of Maine<br><br>Parties-In-Interest | <u>ANSWER TO COMPLAINT OF PARTY IN INTEREST FINANCE AUTHORITY OF MAINE</u> |

NOW COMES Party-in-Interest, the Finance Authority of Maine (the "Authority"), by and through counsel, and Answers the Plaintiff's Complaint ("Complaint") as follows:

## JURISDICTION AND VENUE

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs One (1), Two (2), and Three (3) of Plaintiff's Compliant.

## PARTIES

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Four (4), Five (5), and Six (6) of Plaintiff's Compliant.

Party in Interest, the Finance Authority of Maine, admits to allegations of Paragraph Seven (7) of Plaintiff's Complaint.

## FACTS

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Fifteen (15), Sixteen (16), Seventeen (17), Eighteen (18), Nineteen (19), Twenty (20), Twenty-one (21), and Twenty-two (22) of Plaintiff's Complaint for Foreclosure.

## COUNT 1 - FORECLOSURE

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Twenty-four (24), Twenty-five (25), Twenty-six (26), Twenty-seven (27), and Twenty-eight (28) of Plaintiff's Complaint.

The Authority repeats and realleges its answers to the allegations contained in Paragraph Twenty-three (23) of Plaintiff's Complaint.

## COUNT II – BREACH OF NOTE

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Thirty (30), Thirty-one (31), Thirty-two (32), Thirty-three (33), Thirty-four (34), Thirty-five (35), Thirty-six (36), Thirty-seven (37), and Thirty-eight (38) of Plaintiff's Complaint.

The Authority repeats and realleges its answers to the allegations contained in Paragraph Twenty-nine (29) of Plaintiff's Complaint.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Forty (40), Forty-one (41), Forty-two (42), Forty-three (43), Forty-four (44), Forty-five (45), Forty-six (46), Forty-seven (47), Forty-eight (48), Forty-nine (49), Fifty (50), and Fifty-one (51) of Plaintiff's Complaint.

The Authority repeats and realleges its answers to the allegations contained in Paragraph Thirty-nine (39) of Plaintiff's Complaint.

## COUNT IV – QUANTUM MERUIT

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Fifty-three (53), Fifty-four (54), and Fifty-five (55) of Plaintiff's Complaint.

The Authority repeats and realleges its answers to the allegations contained in Paragraph Fifty-two (52) of Plaintiff's Complaint.

COUNT V – UNJUST ENRICHMENT

The Authority lacks knowledge or information to form a belief about the truth of the allegations, and therefore denies each and every allegation contained in Paragraphs Fifty-seven (57), Fifty-eight (58), Fifty-nine (59) and Sixty (60) of Plaintiff's Complaint.

The Authority repeats and realleges its answers to the allegations contained in Paragraph Fifty-six (56) of Plaintiff's Complaint.

PRAYER FOR RELIEF

WHEREFORE, Party-in-Interest, the Finance Authority of Maine, requests that this honorable Court determine the rights and interests of all parties to this action and grant such other and further relief as this Court decrees just and proper.

Dated at Augusta, Maine this 10th day of August, 2016.

FINANCE AUTHORITY OF MAINE

/s/ Christopher H. Roney

Christopher H. Roney
General Counsel
Finance Authority of Maine
5 Community Drive
PO Box 949
Augusta, ME 04332-0949
(207) 623-3263
Maine Bar #: 3920
Federal Bar# 784
croney@famemaine.com