U. S. DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION
DOCKET NO. 2:16-cv-00395-NT

| | | |
|---|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>Plaintiff | * | |
| vs. | * | CERTIFICATE OF SERVICE |
| KATHERINE B. GROVER<br><br>Defendant | * | |
| Maine Revenue Services; and Finance Authority of Maine<br><br>Parties-In-Interest | * | |

I, Christopher H. Roney, Esq., attorney for the Finance Authority of Maine, do hereby certify that I have served electronic copies of **ANSWER TO COMPLAINT OF PARTY IN INTEREST FINANCE AUTHORITY OF MAINE,** to all parties on the Court's Electronic Notice List (CM/ECF), through the Court's CM/ECF System.

This10th day of August, 2016.

/s/Christopher H. Roney
Christopher H. Roney
General Counsel
Finance Authority of Maine
P.O. Box 949
Augusta, Maine 04332-0949
(207) 623-3263
Federal Bar #: 784
Maine Bar #: 3920
croney@famemaine.com